

Music with Mar., LLC
149 Garland Circle
Palm Harbor, FL   34683
727 412-0759

January 13, 2020

Katie,

This letter is to serve the purpose of :
1.   Identifying areas for discussion;
2.  Clarifying the areas in which Mr. Froggy's Friends is not compliant with the contract between Music with Mar. and Mr. Froggy's Friends in regards to Quality Control; and
3.  Working together which will lead to understanding each party's needs.

I.  Various memes created by instructors are done without following the Quality Control Standards.  See Quality Control Standards:

Section 11 of the contract is <u>Quality Control</u> and reads as such:
a.  <u>Acknowledgement</u>.  Licensee acknowledges and is familiar with the high standards, quality, style and image of Licensor, and Licensee shall, at all times, conduct its business and use the Marks in a manner ==consistent with these standards, quality, style and image.==

b.  <u>Compliance With Licensor Specifications</u>.  Licensee shall comply with the reasonable specifications, standards and directions relating to the Licensed Program developed by Licensor with the ==consultation and input of Licensee==, including the promotion, packaging, distribution and sale thereof, as provided from time to time by Licensor to Licensee in writing.

c.  <u>Advertising</u>.  Licensee shall ensure that its advertising, marketing and promotion of the Licensed Program in ==no way reduces or diminishes the reputation, image and prestige of the Marks or of products== sold under or by reference to the Marks (including, without limitation, the Licensed Program).

A.  Instructors are creating their own memes. This is allowed as long as they stay within brand.
1.  It is understood instructors can make their own posts to fit the needs of their marketing and use pictures from their classes.
2.  Bridget Pacholec's post of Monday, January 6, is not on brand.  The colors are different than the ones in our branding guidelines that were distributed at the Mini Con in 2017, it is difficult to read and there is no Music with Mar. logo.
a.   The branding information discussed at the 2017 Mini Con can be found in the file section of the MwM Instructors Facebook page.

    B. Instructors are posting information that is not in line with Music with Mar. curriculum.
1. Sarah Khuu posted about coming to a class where she will be doing her special song about "Frosty".
   a. Music with Mar. has no such song. Instructors are required to use only songs in the Music with Mar. catalog.

    C. Music with Mar. has sent to Mr. Froggy's Friends a list of brain facts to be used in the production of advertising. Music with Mar. acknowledges that advertising must be updated from time to time to be in coherence with the current culture of families
1. It is acknowledged that Mr. Froggy's Friends is doing marketing research to assess the needs of the various geographic and demographic markets.
   a. Music with Mar. would like to be kept apprised of the progression.
   b. The advertising materials being created must be sent to Music with Mar. for approval before being used.
   c. Music with Mar.'s marketing director will work with Mr. Froggy's Friends' marketing person. This helps guarantee the work does not need to be redone as the marketing directors will work together to meet the needs of both companies; and
   d. If there is an interest in using brain information not on the approval list, it must be brought to Maryann Harman for validation.

II. Whereas Maryann Harman is the creator of the Music with Mar. classes and curriculum, all instructors must teach classes under the brand.

    A. The current list of classes designed by Music with Mar. are :
        Music with Mar.
        Tadpole Tunes
        Mr. Froggy's Fitness Fun
        unFROGettable Learning
        Blending Generations

    B. Whereas a class that blends all ages to include senior citizens has already been established under the name of "Blending Generations".
1. Melissa Sacco has opened a new class which is welcome and much needed.
   a. The name of the class must be within the branding and contain the name "Blending Generations" when advertised. Keeping the "Grand friends" is permitted as long as it is in conjunction with Blending Generations.
   b. If an instructor has an idea for a new class, Maryann Harman, Music with Mar., must be consulted and will be the person to design the curriculum;
   a. Music with Mar. would welcome working with the instructor in the development of the idea.

III. Music with Mar. would like to reestablish the bi-weekly phone calls to keep both companies updated as to what is happening.
    A. These phone calls can be monthly. This can be discussed.

IV. Music with Mar., LLC is in the process of setting up a Governing Board.
    A. The positions are currently being designed;
    B. Katie Webster, as a representative of Mr. Froggy's Friends, will be offered a seat on the Board.