

*1900 Bausch & Lomb Place*
*Rochester, New York 14604*

P 585.987.2800    F 585.454.3968

**ATTORNEYS**
woodsoviatt.com

*1900 Main Place Tower*
*Buffalo, New York 14202*

P 716.248.3200    F 716.854.5100

*Writer's Direct Dial Number: 716.248.3212*
*Writer's Direct Fax Number: 716.248.3312*
*Email: aeugeni@woodsoviatt.com*

April 30, 2020

<u>**VIA ELECTRONIC MAIL (mandi@threethirteenlaw.com)**</u>
Amanda Ellen B. Clay, Esq.
Three Thirteen Law, PLLC
1101 E. Cumberland Avenue, Suite 201H
PMB 604
Tampa, Florida  33602

   Re: Mr. Froggy's Friends, Inc. / Music with Mar, LLC

Dear Ms. Clay:

   We represent Mr. Froggy's Friends, Inc., and this shall respond to your letter dated April 23, 2020.

   Upon review of the agreement between the parties (the "Agreement"), e-mail correspondence between the parties, the actions of the parties, and other relevant information, it is clear that there has not been a rightful termination of the Agreement by your client.

   Accordingly, my client will continue to possess the benefits under the Agreement, and will continue to perform its obligations under the Agreement. To the extent that your client does not meet its obligations under the Agreement (including, without limitation, not providing products pursuant to Section 12(b) of the Agreement), my client will simply deal with third parties with respect to such obligations (and keep track of the amount of any damages suffered by my client in connection therewith).

   Very truly yours,

   WOODS OVIATT GILMAN LLP

   Anthony L. Eugeni
  Please direct responses to the Buffalo office.

ALE/ale
cc: Ms. Katrina Webster (via electronic mail)

*The art of representing people®*

{8112841: }